IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRAVIS M. THOMAS,**

    *Petitioner*,

v.                               Case No.: 4:23cv462-MW/HTC

**RICKY DIXON,**

    *Respondent*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Petitioner's objections, ECF No. 9. The Magistrate Judge recommends dismissal without an evidentiary hearing because the pending habeas petition is an unauthorized, successive petition. Inexplicably, Petitioner's objections focus instead on arguments regarding equitable tolling and the exhaustion of administrative remedies, without addressing the issue of whether his habeas petition is successive and unauthorized. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition is **DISMISSED for lack of jurisdiction** because the petition is an unauthorized, successive petition." The pending motion

for leave to proceed *in forma pauperis*, ECF No. 2, and "rule 60 motion for relief from a final judgment," ECF No. 6, are **DENIED as moot**. The Clerk shall terminate ECF No. 9 and close the file.

**SO ORDERED on December 5, 2023.**

s/Mark E. Walker
**Chief United States District Judge**
